February 28, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

GEORGE FLEMING AND FLEMING & ASSOCIATES, L.L.P., Appellants

NO. 14-11-00611-CV                    V.

SANDRA KINNEY, ON BEHALF OF MAYBELL SHELTON, ELIZABETH PARZANESE, ANNETTE VINCENT, ANNETTE RUIZ, CAROL MARTIN, RENEE GAONA, HELEN SMITH BLANKENSHIP, LANA HERRON, MICHELLE LINDESMITH, AND SHIRLEY DANFORD, Appellees

————————————————

This cause, an appeal from the judgment in favor of appellees, SANDRA KINNEY, ON BEHALF OF MAYBELL SHELTON, ELIZABETH PARZANESE, ANNETTE VINCENT, ANNETTE RUIZ, CAROL MARTIN, RENEE GAONA, HELEN SMITH BLANKENSHIP, LANA HERRON, MICHELLE LINDESMITH, AND SHIRLEY DANFORD, signed April 15, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellees, SANDRA KINNEY, ON BEHALF OF MAYBELL SHELTON, ELIZABETH PARZANESE, ANNETTE VINCENT, ANNETTE

RUIZ, CAROL MARTIN, RENEE GAONA, HELEN SMITH BLANKENSHIP, LANA HERRON, MICHELLE LINDESMITH, AND SHIRLEY DANFORD, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.